# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700037

―――――――――――――

### UNITED STATES OF AMERICA
Appellee

v.

### CHRISTIAN J. BROWN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, USMC.
Convening Authority: Commanding Officer, 31st Marine
Expeditionary Force, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major David Ahn, USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 13 April 2017

―――――――――――――

Before CAMPBELL, HUTCHISON, and ELLINGTON, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental promulgating order will reflect that the special court-martial was convened by Commanding Officer, 31st Marine Expeditionary

Unit, vice Commanding General, III Marine Expeditionary Force.   United States *v.* Crumpey, 49 M.J. 538, 539 (N.M.Ct.Crim. App. 1998).



For the Court

R.H. TROIDL
Clerk of Court